UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDT O. BRENNAN,

       Plaintiff,                              No. 18-10766

v.                                                Honorable Nancy G. Edmunds

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 25, 2019 REPORT AND RECOMMENDATION [23]**

Currently before the Court is the Magistrate Judge's March 25, 2019 report and recommendation. (Dkt. 23.) The Magistrate Judge recommends denying Plaintiff's motion for summary judgment, granting Defendant's motion for summary judgment, and affirming the Commissioner's decision. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation. The Court therefore ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (Dkt. 23); DENIES Plaintiff's motion for summary judgment (Dkt. 17); GRANTS Defendant's motion for summary judgment (Dkt. 20);

and AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: April 16, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 16, 2019, by electronic and/or ordinary mail.

                                          s/Lisa Bartlett
                                          Case Manager